IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MAGID SALAH ELDIN MOHAMED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| THE UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, | ) ) ) | 3:23-CV-2705-G-BN |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the defendant The University of Texas Southwestern Medical Center's amended motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) (docket entry 7) is **GRANTED**, and the plaintiff Magid Salah Eldin Mohamed's claims are hereby **DISMISSED WITH PREJUDICE**.

August 19, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**